IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| EARL WAYNE MURPHY, PRO SE,<br>Potter County ID No. 51131,<br>Previous TDCJ-CID # 254533<br>Previous TDCJ-CID #051270184<br><br>    Plaintiff,<br><br>v.<br><br>BRYAN THOMAS ET AL.<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§  2:13-CV-0222<br>§<br>§<br>§<br>§ |

**ORDER OF DISMISSAL**

Plaintiff EARL WAYNE MURPHY, acting pro se and while a detainee in the Potter County Detention Center, has filed suit pursuant to Title 42, United States Code, section 1983 complaining against multiple defendants employed by Potter County and has been granted permission to proceed pursuant to Title 28, United States Code, section 1915.

On April 2, 2014, a Report and Recommendation was issued by the United States Magistrate Judge recommending dismissal of the instant cause as moot.

The period for response has expired, and no objections have been filed by plaintiff.

The Court has made an independent examination of the records in this case and has examined the Magistrate Judge's Report and Recommendation. The Court is of the opinion that the Report and Recommendation of the United States Magistrate Judge should be ADOPTED by the United States District Court.

This Court, therefore, does hereby ADOPT the Report and Recommendation of the United States Magistrate Judge in this case.

IT IS THEREFORE ORDERED that the Civil Rights Complaint by plaintiff EARL WAYNE MURPHY is DISMISSED AS MOOT.

LET JUDGMENT BE ENTERED ACCORDINGLY.

It is SO ORDERED.

Signed this the _____ 22nd day of April, 2014.

_____
MARY LOU ROBINSON
United States District Judge